1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br><br>vs.<br><br>SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-00286-GMN-GWF<br><br>**NOTICE OF DISASSOCIATION** |
| NV EAGLES, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A,<br><br>Counter-Defendant, | |
| NV EAGLES, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CATHERINE T. SAMOSKA, FEDERAL HOUSING ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | |

1

Third-Party Defendants.

PLEASE TAKE NOTICE that Bank Of America, N.A., hereby provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Bank Of America, N.A in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Jamie K. Combs, Esq. receive all future notices.

Respectfully submitted, this 26th day of May, 2017.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
Jamie K. Combs, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date:__5/30/2017

_____
UNITED STATES MAGISTRATE JUDGE