MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K.COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan @akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>    Plaintiff,<br><br>v.<br><br>SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>    Defendants. | Case No.: 2:16-cv-00286-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION** |
| NV EAGLES, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A,<br><br>    Counterdefendant. | |
| NV EAGLES, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CATHERINE T. SAMOSKA, FEDERAL HOUSING ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Third-Party Defendant. | |

1

52553396;1

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Solera at Stallion Mountain Unit Owners' Association (**Solera**) stipulate as follows:

1. This matter relates to real property located at 6061 Fox Creek Avenue, Las Vegas, Nevada 89122, APN 161-15-212-164 (the **property**).

2. BANA is the beneficiary of record of a deed of trust recorded against the property with the Clark County Recorder on August 27, 2007, as Instrument No. 20070827-0003076 (the **deed of trust**), executed by Catherine T. Samoska.

3. On May 21, 2013, Solera recorded a foreclosure deed with the Clark County Recorder, as Instrument No. 201305210001959 (the **HOA foreclosure deed**), reflecting that defendant Underwood Partners, LLC acquired the property at a foreclosure sale of the property held on April 19, 2013 (the **HOA foreclosure sale**). On October 18, 2013, Underwood transferred its interest in the property to defendant NV Eagles, LLC by grant, bargain, and sale deed recorded with the Clark County Recorder as Instrument No. 201310180001176.

4. On February 12, 2016, BANA initiated a quiet title action related to the property in the United States District Court for the District of Nevada, Case No. 2:16-cv-00286-GMN-GWF.

5. BANA and Solera have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

6. Among other things in the settlement agreement, Solera agrees it no longer has an interest in the property for purposes of the quiet title action *vis a vis* the deed of trust. This disclaimer of interest does not apply to the continuing encumbrance of Solera's declaration of covenants, conditions and restrictions, any governing documents adopted thereunder, easements, servitudes, or other interests on the property. Solera agrees it will take no position in this action or in any subsequent action regarding whether the deed of trust survived the HOA foreclosure sale. The parties agree that as between BANA and Solera, the deed of trust was not extinguished by the HOA foreclosure sale.

7. Among other things in the agreement, BANA and Solera agree that BANA does not waive its right to seek relief against the non-settling parties, including but not limited to Underwood

Partners, LLC, NV Eagles, LLC, and defendant Nevada Association Services, Inc. related to its remaining claims in the quiet title action. BANA does not admit the deed of trust was extinguished, and any consideration exchanged in exchange for the dismissal of the claims against Solera is not intended to be compensation for any loss of the deed of trust, but instead compensates for fees and costs BANA incurred litigating the propriety and effect of Solera' sale and related conduct.

8. BANA and Solera further stipulate and agree all claims between them are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED: July 23, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON, PC** |
|---|---|
| */s/ Jamie K. Combs* | */s/ David T. Ochoa* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | *Attorneys for defendant Solera at Stallion Mountain Unit Owners' Association* |

**IT IS SO ORDERED.**

Dated this __27__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT