DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K.COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>　　　　　Defendants. | Case No.: 2:16-cv-00286-GMN-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| NV EAGLES, LLC,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A,<br><br>　　　　　Counterdefendant. | |
| NV EAGLES, LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>CATHERINE T. SAMOSKA, FEDERAL HOUSING ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　　　　Third-Party Defendant. | |

1

53048150;1

**TO:     ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren Brenner, Esq. and Jamie K. Combs, Esq.

DATED this 8th day of May, 2020

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

**IT IS SO ORDERED.**

Dated this __7__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT